```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

LANCER INSURANCE COMPANY as      :
subrogee of JUDGE MANNING        :
HORSE TRANSPORTATION, INC.,      :
                                 :
    Plaintiff,                   :
                                 :
    v.                           :     CASE NO. 3:11cv811(RNC)
                                 :
MARJORIE STONE and               :
RICARDO RODRIGUEZ,               :
                                 :
    Defendants.                  :

<u>ORDER</u>

Pending before the court is the plaintiff's application for prejudgment remedy pursuant to Conn. Gen. Stat. § 52-278a <u>et seq.</u> (Doc. #12.)

A conference regarding the plaintiff's application is scheduled for July 6, 2011 at 10:00 a.m. in Judge Martinez's chambers, U.S. District Court, 450 Main Street, Room 262, Hartford, CT. The plaintiffs shall cause a copy of this order and their PJR application to be served on the defendant by June 27, 2011.

SO ORDERED at Hartford, Connecticut this 17th day of June, 2011.

                                     _____/s/_____
                                     Donna F. Martinez
                                     United States Magistrate Judge